UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIM. NO.  11-0012 |
| VERSUS | JUDGE ROBERT G. JAMES |
| SHONDOLYN ROCHELLE BLEVINS | MAG. JUDGE KAREN L. HAYES |

# J U D G M E N T

The Report and Recommendation of the Magistrate Judge [Doc. No. 68] having been considered, together with the written objections [Doc. No. 69] filed by Defendant's counsel prior to his dismissal, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

**IT IS ORDERED** that Defendant's (second) Motion to Suppress Evidence Seized After Illegal Arrest [Doc. No. 59] is hereby **DENIED**.

MONROE, LOUISIANA, this 25th day of January, 2012.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE